UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND | : | |
| ROBERT MASSEY, SR. | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BRANFORD | : | OCTOBER 31, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSE
## TO FIRST AMENDED THIRD PARTY COMPLAINT

### JURISDICTION

1.   As to paragraphs 1, 2, 3 and 4, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

2.   Paragraph 5 is admitted.

### COUNT ONE: Indemnification

1.   The answers to paragraphs 1 through 5 are hereby incorporated and made the answers to paragraphs 1 through 5 of Count One as if fully set forth herein.

2.    As to paragraph 7, it is admitted that the plaintiff, Dante Ghiroli, commenced this action in the District of Connecticut against the Masseys. As to the remainder of paragraph 7, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

3.    Paragraphs 8, 9 and 10 are denied.

## BY WAY OF AFFIRMATIVE DEFENSE

The Third Party Plaintiffs have failed to state a claim upon which relief can be granted.

THIRD-PARTY DEFENDANT,
TOWN OF BRANFORD

By _Lisa K. Titus_
Lisa K. Titus
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
ct22077