# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DANTE GHIROLI

Plaintiff,

v.  **CASE NUMBER:** 302 CV 02258 (GLG)

ROBERT MASSEY, JR. and ROBERT MASSEY, SR.

Defendants.  November 3, 2003

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Robert Massey, Jr. and Robert Massey, Sr.

---

11-03-03
**Date**

16327
**Connecticut Federal Bar Number**

(203)574-5175
**Telephone Number**

(203) 573-1131
**Fax Number**

g.mowad@snet.net
**E-mail address**

---

*[Signature]*
**Signature**

George G. Mowad, II
**Print Clearly or Type Name**

182 Grand Street, Suite 417
**Address**

Waterbury, CT 06702

---

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Certification List

*[Signature]* George G. Mowad, II
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION LIST

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

Lisa K. Titus, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114