FILED

Nov 21  2 30 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV2258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND | : | |
| ROBERT MASSEY, SR. | : | |
| Defendants. | : | NOVEMBER 20, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the intervening defendant, Town of Branford. The undersigned moves to withdraw his appearance because the purposes of moving to intervene have been accomplished and, in the opinion of the undersigned, the Town of Branford does not have an interest in this litigation as an intervening defendant. The Town of Branford continues to be represented by Lisa Titus of Howd & Ludorf with respect to the defendants' third party claim for indemnification. The undersigned is sending a copy of this motion to withdraw appearance via certified mail to both the Town Clerk of the Town of Branford and Branford's Town Counsel Attorney Penny Bellamy of Wiggin & Dana.

INTERVENING DEFENDANT,
TOWN OF BRANFORD

By: *Joseph W. McQuade*
Joseph W. McQuade
Federal Bar No. ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
Tel. (860) 493-0870
Fax (860) 493-0871
jmcquade@kemlaw.com
Their Attorneys

2