FILED
Nov 21  2 35 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV2258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND | : | |
| ROBERT MASSEY, SR. | : | |
| Defendants. | : | NOVEMBER 20, 2003 |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully submits this memorandum of law in support of his Motion to Withdraw Appearance on behalf of the intervening defendant, Town of Branford.

I.  BACKGROUND

On February 5, 2003, the undersigned entered an appearance on behalf of the intervening defendant, Town of Branford, as well as the Town of Branford's Motion to Intervene and Motion for More Definite Statement. The Town sought intervention because plaintiff's original complaint was brought against Robert Massey, Sr. and Robert Massey, Jr. and included claims pursuant to 42 U.S.C. §1983, but failed to specify whether such claims were brought against such defendants in their individual or official capacities or both. The concern was that any claim brought pursuant to 42 U.S.C. §1983 against a municipal officer in his or her official capacity is a suit against a municipality and not a suit against the individual. Frank v. Relin, 1 F.3d 1317,

1326 (2d Cir.) cert. denied, 510 U.S. 1012 (1993) ("the real party in interest in an official capacity suit is the governmental entity and not the named official . . . . thus, an official capacity suit, is in all respects other than name, to be treated as a suit against the entity."). Additionally, the original jury demand listed the Town of Branford and Branford Fire Department as defendants in its caption. Therefore, the intervening defendant Town of Branford brought a Motion for More Definite Statement requesting that each claim be set out in a different count of the complaint, that the plaintiff specify whether his claims against the individual defendants were brought in their individual capacities, in their official capacities or both and requesting that the Town of Branford and Branford Fire Department be deleted as defendants from any filings in the case. On March 26, 2003, the court granted both the Motion to Intervene and the Motion for More Definite Statement. Also on March 26, 2003, the court granted the plaintiff permission to file an amended jury demand that eliminated the Branford Fire Department and Town of Branford from the jury demand.

On or about May 14, 2003, the plaintiff filed an Amended Complaint indicating that Robert Massey, Sr. and Robert Massey, Jr. are sued in their individual capacities only.

2

II. <u>DISCUSSION</u>

At this time, the Town of Branford is not listed as a defendant in the action brought by the plaintiff.[1] Thus, the plaintiff has done all that the intervening defendant asked of him and the Town of Branford is not, arguably, a defendant in this action. Thus, undersigned moves to withdraw his appearance in this matter. Pursuant to Local Rule 7(e), a copy of the motion and this memorandum have been sent by certified mail to both the Town Clerk of the Town of Branford and the Town Counsel, Penny Bellamy of Wiggin & Dana.

INTERVENING DEFENDANT,
TOWN OF BRANFORD

By: *Joseph W. McQuade*
Joseph W. McQuade
Federal Bar No. ct 12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
Tel. (860) 493-0870
Fax (860) 493-0871
jmcquade@kemlaw.com
Their Attorneys

---

[1] The Town of Branford is a defendant against the cross-claim brought by defendants Robert Massey, Sr. and Robert Massey, Jr. The Town of Branford is defended, with respect to such claim, by Lisa Titus, Esq. of Howd & Ludorf.

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Law in Support of Motion to Withdraw Appearance was mailed, via certified mail this 20th day of November 2003 to:

Town Clerk
Town of Branford
239 N. Main Street
Branford, CT 06405

Penny Bellamy, Esq.
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

And via regular mail to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Joseph P. Yamin, Esq.
Eric M. Grant, Esq.
George G. Mowad, II, Esq.
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

David A. Corbett, Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Lisa K. Titus, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

*Joseph W. McQuade*
Joseph W. McQuade

11032