UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE GHIROLI | : |
| V. | : CIVIL NO. 3:02cv02258 (GLG) |
| ROBERT MASSEY, JR. and ROBERT MASSEY, SR. | : |
| V. | : |
| TOWN OF BRANFORD | : DECEMBER 11, 2003 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

The undersigned moves for leave to withdraw her appearance filed on behalf of the third-party defendant, Town of Branford ("Branford") in the above matter.

The undersigned has been acting as counsel for Branford, but has recently taken a position at a new firm and will no longer be representing Branford. In addition to the undersigned, Attorney Thomas R. Gerarde of the firm of Howd & Ludorf has filed his appearance on behalf of Branford.

Because Attorney Gerarde will now be acting as Branford's local counsel, the undersigned requests that her motion for leave to withdraw her appearance be granted.

HART1-1146527-1

Dated: Hartford, Connecticut
       December 11, 2003

                      THIRD-PARTY DEFENDANT,
                      TOWN OF BRANFORD

                      By /s/ Lisa Titus
                      Lisa K. Titus (ct22077)
                      Robinson & Cole LLP
                      280 Trumbull Street
                      Hartford, CT 06103-3597
                      Tel. No.: (860) 275-8200
                      Fax No.: (860) 275-8299
                      E-mail: ltitus@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 11th day of December, 2003, to:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Eric M. Grant, Esq.
Keith P. Zanni, Esq.
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

Charles E. Vermette, Jr., Esq.
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

and by Certified Mail, Return Receipt Requested to:

Town Clerk
Town of Branford
Branford Town Hall
1019 Main Street
Branford, CT 06405

                                                     */s/ Lisa K. Titus*
                                                     Lisa K. Titus