UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 16  12 52 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DANTE GHIROLI | : | CIVIL NO. |
| | : | 302 CV 02258 (GLG) |
| Plaintiff, | : | |
| v. | : | |
| ROBERT MASSEY, JR. | : | |
| and ROBERT MASSEY, SR. | : | |
| Defendants. | : | DECEMBER 15, 2003 |

### REQUEST TO AMEND SCHEDULING ORDER UPON CONSENT

The Defendants, Robert Massey, Jr. and Robert Massey, Sr., hereby respectfully move to amend the Scheduling Order originally dated April 21, 2003 and amended October 9, 2003, to allow an additional 60 days for discovery. This request is made due to Attorney Torre's scheduling conflicts for the depositions of the Plaintiff and Peter Buonome scheduled for December 10, 2003 and December 12, 2003 respectively. In order to facilitate the requested extension of time, the parties respectively propose amendment of the scheduling order as follows:

| | Current | Proposed |
|---|---|---|
| Deposition and Discovery Deadline | 1-05-04 | 03-05-04 |
| Motions for Summary Judgment | 2-06-04 | 04-06-04 |
| Trial Ready | 03-04-04 | 05-04-04 |

This action was originally commenced on December 19, 2002. All parties agree to the extension and none will be unfairly prejudiced by such amendment.

**WHEREFORE,** the Defendants respectfully request that the Scheduling Order be amended as stated above.

                THE DEFENDANTS,
                ROBERT MASSEY, JR. and
                ROBERT MASSEY, SR.

BY _____
      Eric M. Grant, Esq.(CT 13594)
      Keith P. Zanni, Esq. (CT 23146)
      George G. Mowad, II, Esq. (CT 16327)
      Yamin & Grant, LLC
      Grand Professional Building
      182 Grand Street, Suite 417
      Waterbury, Connecticut 06702
      Telephone No.: (203) 574-5175

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Amend Scheduling Order was mailed, via First-Class mail, postage prepaid, on this the 15th day of December, 2003 to the following counsel and parties of record:

Counsel for the Plaintiff:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Counsel for the Town of Branford:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Weathersfield Avenue
Hartford, CT 06114

Counsel for Robert Massey, Sr.:

Charles E. Vermette, Jr. Esq.
Litchfield Cavo
40 Tower Lane, Ste. 200
Avon, CT 06001

Counsel for Robert Massey, Sr.:

David A. Corbett
Litchfield Cavo
40 Tower Lane, Ste. 200
Avon, CT 06001

_____
George G. Mowad, II, Esq. (CT 16327)