**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
DANTE GHIROLI,                      :
                                    :         ORDER
      -against-                     :
                                    :     3: 02 CV 2258 (GLG)
ROBERT MASSEY, JR. and              :
ROBERT MASSEY, SR.,                 :
                                    :
      -against-                     :
                                    :
TOWN OF BRANFORD.                   :
------------------------------------X
```

The Motion for Leave to Withdraw Appearance [Doc. #53] is **Granted.**

       **SO ORDERED.**

**Dated:**    **December 17, 2003**
             **Waterbury, CT**                            /S/
                                               **Gerard L. Goettel**
                                                 **U.S.D.J.**