FILED

DEC 17  1 26 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | CIVIL NO. |
| | : | 302 CV 02258 (GLG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. | : | |
| and ROBERT MASSEY, SR. | : | |
| | : | |
| Defendants. | : | DECEMBER 16, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION

The Defendants, Robert Massey Jr. and Robert Massey, Sr., hereby respectfully request the Court extend until February 5, 2004, the time for them to respond to their respective Plaintiff's First Set of Interrogatories and Request for Disclosure and Production dated December 5, 2003. This is the Defendants' first Motion for Extension of Time to respond to Plaintiff's Interrogatories and Request for Production. Trial is scheduled for May 5, 2004.

Plaintiff's counsel has consented to this Motion.

DEFENDANTS,
ROBERT MASSEY, JR. and
ROBERT MASSEY, SR.

By: _____
Eric M. Grant, Esq. (CT 13594)
George G. Mowad, II, Esq. (CT 16327)
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702
Telephone No.: (203) 574-5175
Juris No.: 418063

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via First-Class mail, postage prepaid, on this the 16th day of December, 2003 to the following counsel of record:

Counsel for the Plaintiff:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Counsel for Robert Massey, Sr.:

Charles E. Vermette, Jr. Esq.
Litchfield Cavo
40 Tower Lane, Ste. 200
Avon, CT 06001

Counsel for the Town of Branford:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Weathersfield Avenue
Hartford, CT 06114

Counsel for Robert Massey, Sr.:

David A. Corbett
Litchfield Cavo
40 Tower Lane, Ste. 200
Avon, CT 06001

George G. Mowad, II (CT 16327)