**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
DANTE GHIROLI,                     :
                                   :           ORDER
    -against-                      :
                                   :     3: 02 CV 2258 (GLG)
ROBERT MASSEY, JR. and             :
ROBERT MASSEY, SR.,                :
                                   :
    -against-                      :
                                   :
TOWN OF BRANFORD.                  :
-----------------------------------X
```

Defendant's Motion for Extension of Time to February 5, 2004 to Respond to Plaintiff's Interrogatories and Request for Production [Doc. #56] is **Granted**.

       **SO ORDERED.**

**Dated:   December 19, 2003**
**         Waterbury, CT**                        /s/
                                                        Gerard L. Goettel
                                                           U.S.D.J.