**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
DANTE GHIROLI,                     :
                                   :         ORDER
     -against-                     :
                                   :     3: 02 CV 2258 (GLG)
ROBERT MASSEY, JR. and             :
ROBERT MASSEY, SR.,                :
                                   :
     -against-                     :
                                   :
TOWN OF BRANFORD.                  :
-----------------------------------X
```

Defendant's Motion to Amend Scheduling Order [Doc. #54] is **Granted.**

The deadlines are as follows:

| | |
|---|---|
| Deposition and Discovery | March 5, 2004 |
| Motions for Summary Judgment | April 6, 2004 |
| Trial Ready | May 4, 2004 |

       **SO ORDERED.**

**Dated:   December 29, 2003**
**         Waterbury, CT**                                 /s/
                                                       Gerard L. Goettel
                                                          U.S.D.J.