UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND | : | |
| ROBERT MASSEY, SR. | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BRANFORD | : | JANUARY 9, 2004 |

## REQUEST FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSE TO AMENDED THIRD-PARTY COMPLAINT

Pursuant to Fed.R.Civ.P. 15, the third party defendant, through counsel, hereby respectfully moves to amend its answer and affirmative defense dated November 3, 2003, by amplifying the existing affirmative defense that the complaint fails to state a claim upon which relief may be granted.  Allowing this amendment will avoid any potential for surprise, as depositions of one or more Town officials on the subject of the third-party plaintiff's claim for indemnification and the third-party defendant's affirmative defense are expected to go forward in February 2004.

A duly executed amended answer and affirmative defense is attached hereto and submitted herewith for filing upon the granting of this request for leave to amend.

        THIRD-PARTY DEFENDANT,
        TOWN OF BRANFORD


        By __/s/ Thomas R. Gerarde____
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          E-mail:  tgerarde@hl-law.com
          ct05640

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of January, 2003.

Karen Lee Torre, Esquire
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Eric M. Grant, Esquire
Keith P. Zanni, Esquire
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT  06702

Joseph W. McQuade, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106

Charles E. Vermette, Jr., Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT  06001

                                                     /s/ Thomas R. Gerarde

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND ROBERT MASSEY, SR. | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BRANFORD | : | JANUARY 9, 2004 |

**MEMORANDUM OF LAW IN SUPPORT OF THIRD-PARTY DEFENDANT'S REQUEST FOR LEAVE AMEND ANSWER AND AFFIRMATIVE DEFENSE TO AMENDED THIRD-PARTY COMPLAINT**

**I.     PRELIMINARY STATEMENT**

The third-party defendant, Town of Branford, has moved pursuant to Fed.R.Civ.P. 15 to amend its third-party answer and affirmative defense filed November 3, 2003, to amplify its affirmative defense that the third-party complaint fails to state a claim upon which relief may be granted.

**II.     PROCEDURAL HISTORY**

Third-party plaintiffs served their third-party complaint on the third-party defendant on January 30, 2003. In response to a Motion to Dismiss the third-party

plaintiffs filed a First Amended Third-Party Complaint which was filed and entered on August 7, 2003.  The third-party defendant filed its answer and affirmative defense to the First Amended Third-Party Complaint on November 3, 2003, and set forth as an affirmative defense that the complaint failed to state a claim upon which relief may be granted.  The third-party defendant now wishes to amend its answer and affirmative defense so as to amplify the affirmative defense by providing the bases on which the third-party complaint fails to state a claim upon which relief may be granted.

### III.     ARGUMENT

Fed.R.Civ.P. 15 provides that "a party may amend the party's pleading by leave of Court, which leave Court shall be freely given when justice so requires."

The purpose of the amplification of the existing affirmative defense is to place the third-party plaintiffs on notice of the bases upon which the third-party defendant believes the complaint fails to state a claim upon which relief may be granted.  The plaintiff has noticed the deposition of the Town of Branford and has asked the Town to produce persons to testify, <u>inter</u> <u>alia</u>, regarding the third-party plaintiffs' claim for indemnification and the third-party defendant's affirmative defense.  The Town is in the process of identifying the appropriate individual or individuals to sit for deposition on

these issues, and this discovery is expected to go forward in February 2004.[1]  Allowing the amendment sought by the third-party defendant will not prejudice any party, nor will it cause a delay of the trial of this matter.

## IV.     **CONCLUSION**

For the reasons set forth above, the third-party defendant requests that it be granted leave to amend its answer and affirmative defense.

                                      THIRD-PARTY DEFENDANT,
                                      TOWN OF BRANFORD

                                      By __/s/ Thomas R. Gerarde_____
                                          Howd & Ludorf
                                          65 Wethersfield Avenue
                                          Hartford, CT  06114
                                          (860) 249-1361
                                          (860) 249-7665 (fax)
                                          E-mail:  tgerarde@hl-law.com
                                          ct05640

---

[1] The deposition of the Branford Human Resources Director, Robert Moore, was taken in December 2003 regarding personnel and promotion issues.  Mr. Moore, however, did not and could not provide any testimony on the issues of the Third Party Plaintiffs' claim for indemnification or the Third Party Defendant's affirmative defense.

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 9th day of January, 2003.

Karen Lee Torre, Esquire
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Eric M. Grant, Esquire
Keith P. Zanni, Esquire
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT  06702

Joseph W. McQuade, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106

Charles E. Vermette, Jr., Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT  06001

                                                               /s/ Thomas R. Gerarde

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| | : | |
| v. | : | |
| | : | |
| ROBERT MASSEY, JR. AND | : | |
| ROBERT MASSEY, SR. | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BRANFORD | : | JANUARY 9, 2004 |

**AMENDED ANSWER AND AFFIRMATIVE DEFENSE**
**TO FIRST AMENDED THIRD PARTY COMPLAINT**

**JURISDICTION**

      1.    As to paragraphs 1, 2, 3 and 4, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

      2.    Paragraph 5 is admitted.

**COUNT ONE:  Indemnification**

      1.    The answers to paragraphs 1 through 5 are hereby incorporated and made the answers to paragraphs 1 through 5 of Count One as if fully set forth herein.

2. As to paragraph 7, it is admitted that the plaintiff, Dante Ghiroli, commenced this action in the District of Connecticut against the Masseys. As to the remainder of paragraph 7, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

3. Paragraphs 8, 9 and 10 are denied.

## BY WAY OF AFFIRMATIVE DEFENSE

The Third Party Plaintiffs have failed to state a claim upon which relief can be granted in that:

a. The Third Party Plaintiffs are charged with conduct for which the provision of a defense or indemnification is not required pursuant to the statutory authority recited in the Third Party Complaint;

b. The Third Party Plaintiffs have waived any claim or right to claim that the Third Party Defendant defend or indemnify them;

c. The Third Party Plaintiffs have not complied with the notice requirements contained in the statutes upon which the Third Party Plaintiffs rely in their Third Party Complaint;

d. The Third Party Plaintiffs have discharged the Third Party Defendant from any obligation to defend or indemnify them;

  e.  The Third Party Plaintiffs have not filed a claim pursuant to Conn. Gen. Stat. §7-308 within the applicable statute of limitations.

          THIRD-PARTY DEFENDANT,
          TOWN OF BRANFORD


          By__/s/ Thomas R. Gerarde____
           Howd & Ludorf
           65 Wethersfield Avenue
           Hartford, CT  06114
           (860) 249-1361
           (860) 249-7665 (fax)
           E-mail:  tgerarde@hl-law.com
           ct05640

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Regular Mail to the following counsel of record this 9th day of January, 2004.

Karen Lee Torre, Esquire
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Joseph W. McQuade, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106

Eric M. Grant, Esquire
Keith P. Zanni, Esquire
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT  06702

Charles E. Vermette, Jr., Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT  06001

　　　　　　　　　　　　　　　　　____/s/ Thomas R. Gerarde____