UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | CIVIL NO. |
| | : | 3:02 CV 02258 GLG |
| Plaintiff, | : | |
| | | |
| v. | : | |
| | | |
| ROBERT MASSEY, JR. and | : | |
| ROBERT MASSEY, SR. | : | |
| | | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| ROBERT MASSEY, JR., and | : | CIVIL NO. |
| ROBERT MASSEY, SR., | : | 3:02 CV 02258 GLG |
| | | |
| Third Party Plaintiffs, | : | |
| | | |
| v. | : | |
| | | |
| TOWN OF BRANFORD | : | |
| | | |
| Third Party Defendant. | : | JANUARY 30, 2004 |

## MOTION FOR EXTENTION OF TIME TO
## RESPOND TO THE TOWN OF BRANFORD'S MOTION TO AMEND

The Defendants/Third Party Plaintiffs, Robert Massey, Jr. and Robert Massey, Sr.,

(collectively, the "Masseys"), through counsel, hereby respectfully move for an extension of

time of seven (7) days, up to and including February 6, 2003, to file their memorandum in

opposition to the Town of Branford's ("Branford") Motion to Amend its Answer and Affirmative Defenses, dated January 9, 2004.

Additional time is necessary to adequately complete the memorandum of law. The parties have recently been engaged in settlement negotiations which the Masseys had hoped would alleviate the need to file the opposition. It is apparent now that the opposition will be necessary. It can be prepared promptly.

This is the Masseys' first motion for an extension of time concerning this motion. Despite diligent effort, counsel for the Town's consent could not be obtained prior to the need to file the present motion.

**WHEREFORE**, the Masseys respectfully request that the present motion be granted.

**THE DEFENDANTS/**
**THIRD PARTY PLAINTIFFS -**
**ROBERT MASSEY, JR. and**
**ROBERT MASSEY, SR.**

By: _____

**Joseph P. Yamin, Esq. (CT 16178)**
**Eric M. Grant, Esq. (CT 13594)**
**Keith P. Zanni, Esq. (CT 23146)**
**Yamin & Grant, LLC**
**182 Grand Street, Suite 417**
**Waterbury, CT 06702**
**Telephone: (203) 574-5175**
**Facsimile: (203) 573-1131**

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been served postage prepaid, this 30th

day of January 2004, to all counsel and pro se parties of record as follows:

Counsel for the Dante Ghiroli:

Karen Lee Torre, Esq.
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Counsel for the Town of Branford:

Thomas R. Gerarde, Esq
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Counsel for Robert Massey, Sr.:

David A. Corbett
Litchfield Cavo
40 Tower Lane, Ste. 200
Avon, CT 06001

_____
Eric M. Grant
Commissioner of Superior Court