FILED
Feb 12  2 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| v. | : | |
| ROBERT MASSEY, JR. AND ROBERT MASSEY, SR. | : | |
| v. | : | |
| TOWN OF BRANFORD | : | FEBRUARY 11, 2004 |

## MOTION ON CONSENT FOR SUSPENSION OF DISCOVERY AND REFERRAL TO A MAGISTRATE JUDGE

      The third party defendant, Town of Branford ("Town"), with the consent of the third party plaintiffs, Robert Massey, Jr. and Robert Massey, Sr. ("the Masseys"), hereby move this Court for an order suspending discovery and referring the third party defendant and the third party plaintiffs to a United States Magistrate Judge for settlement purposes. In support of this motion the third party defendant states:

      1.      The Masseys have reached a settlement agreement with the plaintiff, Dante Ghiroli. Following the exchange of mutual releases the parties will be in a position to enter a stipulated judgment of dismissal of the plaintiff's case against the Masseys.

      2.      The parties believe that the third party claim by the Masseys against the Town should also be settled, however, the Masseys and the Town cannot reach a

ORAL ARGUMENT IS NOT REQUESTED

settlement agreement through negotiations on their own and seek the assistance of a United States Magistrate Judge.

3. While the parties believe that a session with a United States Magistrate Judge will likely lead to a resolution of the third party claim, in the event resolution cannot be reached the Masseys and the Town request this Court to allow thirty (30) days from the date of the conference with the Magistrate Judge for completion of discovery, and an additional thirty (30) days for the filing of cross motions for summary judgment.

4. Absent an order modifying the discovery schedule both the Masseys and the Town would have to continue with depositions for the remainder of this month. Both the Masseys and the Town wish to avoid incurring the additional expense so as to maximize the chances of a successful resolution at the conference with the Magistrate Judge.

5. The Masseys, through their attorney, George Mowad, II, have authorized this representation that they consent to this motion for suspension of discovery and referral to a Magistrate Judge.

WHEREFORE, the third party defendant requests the Court to enter an order:

1. Suspending discovery at the present time;

2. Referring the Masseys and the Town to a U.S. Magistrate Judge for a settlement conference;

3. Allowing for thirty (30) days additional discovery from the date of the settlement conference, in the event the matter is not settled; and

4. Allowing for the filing of cross motions for summary judgment within sixty (60) days from the date of the settlement conference in the event the matter is not settled.

THIRD-PARTY DEFENDANT,
TOWN OF BRANFORD

By _____
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
ct05640

3

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of February, 2004.

Karen Lee Torre, Esquire
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Eric M. Grant, Esquire
Keith P. Zanni, Esquire
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

Charles E. Vermette, Jr., Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

_____
Thomas R. Gerarde