**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
DANTE GHIROLI,                     :
                                   :         ORDER
    -against-                      :
                                   :     3: 02 CV 2258 (GLG)
ROBERT MASSEY, JR. and             :
ROBERT MASSEY, SR.,                :
                                   :
    -against-                      :
                                   :
TOWN OF BRANFORD.                  :
-----------------------------------X
```

Third Party Plaintiff's Request for Extension of Time to Respond to the Third Party Defendant's Motion to Amend its Answer [Doc. #60] is **granted**, although it is realistically moot, since the time has past.

    **SO ORDERED.**

**Dated:    February 17, 2004**
          **Waterbury, CT**                    _____/s/_____
                                                    **Gerard L. Goettel**
                                                        **U.S.D.J.**