```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
DANTE GHIROLI,                     :
                                   :           ORDER
    -against-                      :
                                   :       3: 02 CV 2258 (GLG)
ROBERT MASSEY, JR. and             :
ROBERT MASSEY, SR.,                :
                                   :
    -against-                      :
                                   :
TOWN OF BRANFORD.                  :
-----------------------------------X
```

The Motion for Suspension of Discovery and Referral to a Magistrate Judge [Doc. #63] is **granted**.

        **SO ORDERED.**

**Dated:    February 18, 2004**
        **Waterbury, CT**                    _____/s/_____
                                                          Gerard L. Goettel
                                                              U.S.D.J.