**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
Dante Ghiroli,                      :
                                    :
    -against-                       :
                                    :     3: 02 CV 2258 (GLG)
Robert Massey, Jr. And              :
Robert Massey, Sr.,                 :
                                    :
    -against-   _____   :  _____ORDER_____
                                    :
Town of Branford                    :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge.

\_\_\_    A ruling on all pretrial motions except dispositive motions.

\_\_\_    To supervise discovery and resolve discovery disputes.

\_\_\_    A ruling on the following motion which is currently pending:

**\_X\_**    Settlement conference.

\_\_\_    A conference to discuss the following:

\_\_\_    Other:

**SO ORDERED.**

**February 18, 2004**
**Waterbury, Connecticut.**

                                                                  _____/s/_____
                                                                         **Gerard L. Goettel**
                                                   **United States District Judge**