59

FILED
Jan 12  3 55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| v. | : | |
| ROBERT MASSEY, JR. AND ROBERT MASSEY, SR. | : | |
| v. | : | |
| TOWN OF BRANFORD | : | JANUARY 9, 2004 |

Motion GRANTED, without prejudice to substitution in challenging plaintiff's 1 to defense
Gerard L. Goettel, USDJ

## REQUEST FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSE TO AMENDED THIRD-PARTY COMPLAINT

Pursuant to Fed.R.Civ.P. 15, the third party defendant, through counsel, hereby respectfully moves to amend its answer and affirmative defense dated November 3, 2003, by amplifying the existing affirmative defense that the complaint fails to state a claim upon which relief may be granted. Allowing this amendment will avoid any potential for surprise, as depositions of one or more Town officials on the subject of the third-party plaintiff's claim for indemnification and the third-party defendant's affirmative defense are expected to go forward in February 2004.