FILED
Feb 18  12:32 PM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | NO.: 3:02CV02258 (GLG) |
| v. | : | |
| ROBERT MASSEY, JR. AND ROBERT MASSEY, SR. | : | |
| v. | : | |
| TOWN OF BRANFORD | : | JANUARY 9, 2004 |

### AMENDED ANSWER AND AFFIRMATIVE DEFENSE
### TO FIRST AMENDED THIRD PARTY COMPLAINT

### JURISDICTION

1. As to paragraphs 1, 2, 3 and 4, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

2. Paragraph 5 is admitted.

### COUNT ONE: Indemnification

1. The answers to paragraphs 1 through 5 are hereby incorporated and made the answers to paragraphs 1 through 5 of Count One as if fully set forth herein.

2.	As to paragraph 7, it is admitted that the plaintiff, Dante Ghiroli, commenced this action in the District of Connecticut against the Masseys. As to the remainder of paragraph 7, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the Defendants/Third-Party plaintiffs to their burden of proof.

3.	Paragraphs 8, 9 and 10 are denied.

## BY WAY OF AFFIRMATIVE DEFENSE

The Third Party Plaintiffs have failed to state a claim upon which relief can be granted in that:

a.	The Third Party Plaintiffs are charged with conduct for which the provision of a defense or indemnification is not required pursuant to the statutory authority recited in the Third Party Complaint;

b.	The Third Party Plaintiffs have waived any claim or right to claim that the Third Party Defendant defend or indemnify them;

c.	The Third Party Plaintiffs have not complied with the notice requirements contained in the statutes upon which the Third Party Plaintiffs rely in their Third Party Complaint;

d.	The Third Party Plaintiffs have discharged the Third Party Defendant from any obligation to defend or indemnify them;

  e.  The Third Party Plaintiffs have not filed a claim pursuant to Conn. Gen. Stat. §7-308 within the applicable statute of limitations.

              THIRD-PARTY DEFENDANT,
              TOWN OF BRANFORD

              By_____
              Thomas R. Gerarde
              Howd & Ludorf
              65 Wethersfield Avenue
              Hartford, CT 06114
              (860) 249-1361
              (860) 249-7665 (fax)
              E-mail: tgerarde@hl-law.com
              ct05640

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Regular Mail to the following counsel of record this 9th day of January, 2004.

Karen Lee Torre, Esquire
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Joseph W. McQuade, Esquire
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

Eric M. Grant, Esquire
Keith P. Zanni, Esquire
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

Charles E. Vermette, Jr., Esquire
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Thomas R. Gerarde

4