**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Ghiroli** | : |
| **v.** | : **No. 3:02cv2258 (JBA)** |
| **Massey Jr., et al** | : |

**NOTICE TO COUNSEL**

On June 01, 2004, Magistrate Judge Garfinkel reported the above-entitled case as settled.  Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on July 01, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK


____/s/_____
Betty Jean Torday
Courtroom Deputy


**Dated at New Haven, Connecticut: June 21, 2004**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

GE GROUP LIFE ASSURANCE           :

v.                                :   NO. 3:03cv1906 (JBA)

TREMBLAY                           :

<u>**NOTICE TO ALL PARTIES**</u>

Under D. Conn. L. Civ. R. 41(a), this matter had deadlines established by the Court pursuant to Rule 16 which appear not to have been met, and no satisfactory explanation having been submitted, notice of proposed dismissal to all parties of record is hereby given that if no action is taken and no satisfactory explanation is submitted to the Court within twenty (20) days, this case will be subject to dismissal.

Accordingly, an order of dismissal may be entered by the Court on March 15, 2004 unless satisfactory explanation or documentation is received by the Court on or before this date as set forth above.

BY ORDER OF THE CLERK,
KEVIN F. ROWE

_____
Betty J. Torday
Courtroom Deputy

Dated at New Haven, Connecticut:    <u>February 24, 2004</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MORGANBESSER, ET AL              :

v.                               :   NO. 3:02cv1084 (JBA)

APPLEBY, ET AL                   :

ORDER OF DISMISSAL

　　　Notice having been sent to counsel of record on 7/30/02 [doc. #18], pursuant to D. Conn. L. Civ. R. 16(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before 10/01/02, and

　　　No closing papers having been received, it is hereby,

　　　ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

　　　Dated at New Haven, Connecticut, this 2nd day of October 2002.


KEVIN F. ROWE, Clerk


EOD_____


By _____

Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **JAMES H. WEBB** | : | |
| **v.** | : | **NO. 3:02cv1716 (JBA)** |
| **HHS** | : | |

## ORDER OF DISMISSAL

Pursuant to D. Conn. L. Civ. R. 9(a), on November 06, 2003 Order of Notice to Pro Se Litigant was sent to plaintiff James H. Webb.  The Order of Notice stated that plaintiff's failure to respond to Defendant's Motion to Dismiss [doc. #12] on or before November 24, 2003 may result in the granting of defendant's motion except where the pleadings provide sufficient grounds to deny the motion, and dismissal of this case.  As of December 01, 2003, Mr. Webb has neither filed a responsive pleading nor moved for extension of time, and after full review, it is therefore

ORDERED that Defendant's Motion to Dismiss for Failure to Prosecute [doc. #12] is GRANTED, and plaintiff's Complaint is dismissed without prejudice.

The Clerk is directed to close this case.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: December 11, 2003**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOLLEY                          :

v.                              :    NO. 3:03cv1704 (JBA)

USA                             :


### ORDER OF DISMISSAL

On November 07, 2003, the court issued a Notice to Pro Se Plaintiff [doc. #7], advising plaintiff that his failure to oppose Defendant's Motion to Dismiss [doc. #5] or to request an extension of time within which to file his opposition by November 21, 2003 may result in dismissal of his case, if the unopposed motion appears meritorious, pursuant to D. Conn. L. Civ. R. 9(c). No opposition or request for extension has been filed by Mr. Jolley.  After full review, it is hereby ORDERED that Defendant's Motion to Dismiss [doc. #5] is GRANTED.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice and the Clerk is directed to close this case.

IT IS SO ORDERED.


_____
                              Janet Bond Arterton
                              United States District Judge


**Dated at New Haven, Connecticut:** December 11, 2003

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LARSEN                              :

v.                                 :     NO. 3:99cv795 (JBA)

UNITED COMPANY, ET AL              :

## O R D E R

There is no record of activity in this case since the Court entered a stay on 8/25/99, notwithstanding Chambers' telephonic request to defendant's counsel requesting a status report on defendant's bankruptcy proceedings.  As a courtesy to counsel, Chambers mailed a copy of this entire file to his New York office to his review, but to date, no status report has been filed.

Accordingly, the defendant is ordered to file a status report no later than May 02, 2000, regarding the progress of defendant's bankruptcy proceedings and expected timetable for completion.  Failure to comply with this order may result in imposition of sanctions, including default.

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: <u>April 25, 2000</u>**