UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANTE GHIROLI | : | FILED |
| vs | : | JUL 7  9 43 AM '04 |
| | : | Civil No. 3:02CV2258 (JBA) |
| ROBERT MASSEY, JR. | : | U.S. DISTRICT COURT |
| ROBERT MASSEY, SR. | | NEW HAVEN, CONN. |
| TOWN OF BRANFORD | : | |

### ORDER OF DISMISSAL

Notice having been sent to counsel of record on June 1, 2004, pursuant to D.Conn.L.Civ.R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before July 1, 2004.

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D.Conn.L.Civ.R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut on 6th of July, 2004.

IT IS SO ORDERED:

Janet Bond Arterton
United States District Judge