UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANTE GHIROLI | : NO: 3:02CV02258 ~~(GLG)~~ JBA |
| V. | : |
| ROBERT MASSEY, JR. and ROBERT MASSEY, SR. | : |
| V. TOWN OF BRANFORD | June 29, 2004 |

### NOTICE OF VOLUNTARY DISMISSAL

The undersigned counsel for the parties to this action hereby stipulate that this action may be dismissed in its entirety with prejudice and without fees or costs to any of the parties.

THE PLAINTIFF,
DANTE GHIROLI

BY: _____
KAREN LEE TORRE
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

His Attorney

1

THE DEFENDANTS
ROBERT MASSEY, JR
ROBERT MASSEY, SR.,

BY: /s/ George G. Mowad, II
George G. Mowad, II, Esq.
Fed. Bar No. 16327
Yamin & Grant, LLC
182 Grand St., Ste. 417
Waterbury, CT 06702
Tel. (203) 574-5175
Fax: (203) 573-1131

Their Attorney

THE DEFENDANT
TOWN OF BRANFORD

BY: /s/ Thomas R. Gerarde
Thomas R. Gerarde, Esq.
Fed. Bar No. 05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford CT 06114
Tel. (860) 249-1361
Fax: (850) 249-7665

2

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 29th day of June, 2004.

George Mowad, II, Esq.
Yamin & Grant, LLC
182 Grand Street, Ste. 417
Waterbury CT 06702

Lisa K. Titus, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford CT 06114